IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| BILLY RAY MATTHEWS § | |
| § | |
| VS. § | CIVIL ACTION NO. G-07-458 |
| § | |
| OFFICER FERGUSON, ET AL. § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order granting the Defendants' Motion for Summary Judgment, it is **ORDERED** and **ADJUDGED** that Plaintiff, Billy Ray Matthew, take nothing, that this action is **DISMISSED in its entirety, with prejudice**, and that the Defendants, Officer James R. Ferguson, Officer Rogelio Franco and Sergeant Joel Caldwell, **RECOVER** their costs of action.

**DONE** at Houston, Texas, this ____24th____ day of November, 2008.

_____
John R. Froeschner
United States Magistrate Judge